FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-15-00219-CV

### Trial Court No. C1127910

**MJS and Associates, L.L.C., a Texas Limited Liability Corporation**

**Vs.**

**Judy Master, RN and Matthew Master**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $15.00 | Michelle  Meriam |
| Motion fee | $10.00 | Travis  Clardy |
| Motion fee | $10.00 | Travis  Clardy |
| Motion fee | $10.00 | Travis  Clardy |
| Motion fee | $10.00 | Jerry  Baker |
| Motion fee | $10.00 | Michelle  Meriam |
| Clerk's record | $745.00 | MICHELLE MERIAM |
| Reporter's record | $545.00 | MICHELLE MERIAM |
| Supreme Court chapter 51 fee | $50.00 | Ware Jackson |
| Filing | $100.00 | Ware Jackson |
| Indigent | $25.00 | Ware Jackson |
| Required Texas.gov efiling fee | $30.00 | Ware Jackson |
| **TOTAL:** | $1,560.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct.  GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 1st day of December 2017, A.D.

PAM ESTES, CLERK

By: _Katrina McClenny_

Katrina McClenny, Chief Deputy Clerk